# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

STATE OF NEBRASKA,

        Defendant-Appellee,        Case No. 26-2124

v.

OREL ALLIANCE and MATTERS ON TOMORROW, TRUE POTENTIAL SCHOLARSHIP,

        Intervenor Defendants-Appellants.

# DESIGNATION OF RECORD AND STATEMENT OF ISSUES

**A.** Pursuant to Federal Rule of Appellate Procedure 30, Intervenors-Appellants True Potential Scholarship, a program of Matters on Tomorrow, and Orel Alliance designate the following items for inclusion in the joint appendix:

- District Court Docket
- Dkt. No. 1, Complaint (April 21, 2026)

- Dkt. No. 2, Joint Motion for Consent Decree (April 21, 2026)
- Dkt. No. 5, Waiver of Service Returned Executed (April 21, 2026)
- Dkt. No. 18, Motion to Intervene (May 7, 2026)
- Dkt. No. 20, Proposed Intervenors' Answer (May 7, 2026)
- Dkt. No. 21, Evidence Index in Support of Motion to Intervene (May 7, 2026)
- Dkt. No. 43, Order Denying Proposed Intervenors Motion to Intervene (May 22, 2026)
- Dkt. No. 44-2, Evidence Index In Support of Brief Opposing Consent Decree (May 22, 2026)
- Dkt. No. 45, Motion to Stay Consideration (May 27, 2026)
- Dkt. No. 49, Memorandum and Order (June 3, 2026)
- Dkt. No. 50, Consent Order and Final Judgment (June 3, 2026)
- Dkt. No. 54, Notice of Appeal (June 5, 2026)

**B.** Pursuant to Federal Rule of Appellate Procedure 30(b)(1), Intervenors-Appellants set forth the following as the issues on appeal. In briefing the appeal, Plaintiff-Appellant may frame the issue(s) differently:

- Whether the district court erred in denying Intervenors-Appellants motion to intervene;

- Whether the district court erred in granting Plaintiff's and Defendant's motion for entry of a consent judgment.

**C.** Finally, pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Intervenors-Appellants certify that no transcript will be ordered because no proceedings were held in this matter.

2

Dated: June 22, 2026                          Respectfully submitted,

*/s/ Nicholas Grandgenett*
Nicholas K. Grandgenett
Robert E. McEwen
James A. Goddard
947 O. St, Ste, 401
Lincoln, NE 68508
Phone: (402) 438-8853
Fax: (402) 438-0263

ngrandgennett@neappleseed.org
rmcewen@neappleseed.org
jgoddard@neappleseed.org

*/s/    Orlando Economos*
Orlando Economos
Joshua M. Salzman
Paul R.Q. Wolfson
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 921-4875

oeconomos@democracyforward.org
jsalzman@democracyforward.org
pwolfson@democracyforward.org


*Counsel for Intervenors*

Appellate Case: 26-2124    Page: 3    Date Filed: 06/22/2026 Entry ID: 5653147

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Orlando Economos*