# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2124

United States of America

Appellee

v.

State of Nebraska

Appellee

v.

Orel Alliance and Matters On Tomorrow, True Potential Scholarship

Appellants

v.

Dunixi Guereca

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:26-cv-00172-BCB)

_____

**ORDER**

Appellants' motion for a partial stay is denied.

June 29, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler