No. 26-2124

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

STATE OF NEBRASKA,

Defendant-Appellee,

OREL ALLIANCE and MATTERS ON TOMORROW, TRUE POTENTIAL SCHOLARSHIP,

Movants-Appellants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and 8th Cir. R. 27A(a)(2), the United States hereby respectfully moves for a 21-day extension of time in which to file its answering brief in this appeal, to and including September 25, 2026. Counsel for Appellants and Nebraska have stated that they consent to this motion. In support of the motion, the United States notes the following:

The United States' answering brief is currently due September 4, 2026, and the United States has not previously requested an extension of any deadline in this case. Undersigned counsel, Andrew Bernie, is the attorney with principal

responsibility for preparing the government's brief in this case. Mr. Bernie has recently been occupied with a number of other pressing matters, including: a response to a motion for a stay pending appeal in *United States v. Virginia*, No. 26-1874 (4th Cir.), due August 21, 2026; an oral argument in *United States v. California*, No. 26-926 (9th Cir.), on August 25, 2026; an answering brief in *United States v. Kentucky Students for Affordable Tuition*, No. 26-5303 (6th Cir.), due September 9, 2026; and a reply brief in *United States v. Minnesota*, No. 26-1886 (8th Cir.), due September 14, 2026; as well as numerous smaller matters that have consumed a significant portion of the undersigned's time, and personal travel scheduled for Labor Day weekend.

The attorney with principal supervisory responsibility for this matter, Daniel Tenny, also has responsibility for a number of other ongoing appellate matters, including an answering brief in *Afterschool for Children and Teen Now and Metro Family Servs v. DoE*, No. 26-2473 (7th Cir.) (due September 3, 2026), an answering brief in *US Inventor Inc v. PTO*, No. 26-5083 (D.C. Cir.) (due September 8, 2026), an answering brief in *Dressen, Brianne et al v. Flaherty, Rob et al*, No. 26-40207 (5th Cir.) (due September 8, 2026), an opening brief in *American Council of Learned Soc v. Natl Endowment for the Humanities*, No. 26-1829 (2d Cir.) (due September 8, 2026), and a reply brief in *Freedom o/t Press Foundation et al v. Trump et al*, No. 26-5186 (D.C. Cir.) (due September 9, 2026).

**3.** Undersigned counsel conferred with counsel for Appellants and Nebraska, each of whom state that they consent to the relief sought in this motion.

**4.** The United States thus respectfully requests that this Court extend the deadline for the United States' answering brief, to and including September 25, 2026.

Respectfully submitted,

DANIEL TENNY

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3511*

andrew.bernie@usdoj.gov

AUGUST 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 406 words, according to the count of Microsoft Word.

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/Andrew M. Bernie*
ANDREW M. BERNIE